HONORABLE LONNIE R. SUKO

Michael E. McFarland, Jr.
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEANNIE M. KOPP, a married woman,<br><br>    Plaintiff,<br><br>vs.<br><br>REARDAN/EDWALL SCHOOL DISTRICT NO. 009,<br><br>    Defendant. | Case No.   CV-07-216-LRS<br><br>~~PROPOSED~~<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

On hearing the Parties' Stipulation, and the Court being fully advised in the premises, it is

ORDERED that the above action is hereby dismissed with prejudice with respect to the claims against Defendant and no costs or fees are awarded.

~~PROPOSED~~ ORDER OF DISMISSAL
WITH PREJUDICE page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

DATED this __5th__ day of __May_____, ~~2006~~. 2009.

s/Lonny R. Suko
_____
The Honorable Lonnie R. Suko

Presented by:

EVANS, CRAVEN & LACKIE, P.S.

By /s/ Michael E. McFarland
MICHAEL E. McFARLAND, JR., #23000
Attorneys for Defendant

Presentment waived by:

PAINE HAMBLEN, LLP

By [signature]
MICHAEL B. LOVE, #20529
Attorneys for Plaintiff

~~PROPOSED~~ ORDER OF DISMISSAL
WITH PREJUDICE page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632